ORIGINAL

FILED
DEC - 5 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DISMAS CHARITIES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-825 C<br>BID PROTEST |

**DISMAS CHARITIES, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Dismas Charities, Inc. ("Dismas"), through its undersigned counsel, respectfully submits this corporate disclosure statement. Dismas has no parent corporation, and no publicly-held corporation holds 10% or more of Dismas.

Dated: December 4, 2006

Respectfully submitted,

Alex D. Tomaszczuk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7940
Fax: (703) 770-7901

*Counsel of Record for Plaintiff Dismas Charities, Inc.*

*Of Counsel:*

Daniel S. Herzfeld
Orest J. Jowyk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7900