ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC - 6 2006
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DISMAS CHARITIES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-825 C |
| THE UNITED STATES, | ) | |
| Defendant. | ) | BID PROTEST |

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be delivered, by hand, mail, facsimile, or electronic means, on the 4th day of December, 2006, both protected and proposed redacted (as applicable) copies of (1) Plaintiff Dismas Charities, Inc.'s ("Dismas") Complaint for Declaratory and Injunctive Relief Against Unlawful Award of Contract, (2) Dismas's Motion for a Preliminary Injunction Against Unlawful Award of Contract; (3) Dismas's Memorandum in Support of its Motion for a Preliminary Injunction Against Unlawful Award of Contract; (4) Draft Order Granting Preliminary Injunction; (5) Motion for Leave to File Under Seal and for a Protective Order; and (6) Dismas's Corporate Disclosure Statement, on the following counsel:

Kenneth S. Kessler, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, Room 7026
Washington, D.C. 20530

Tracey L. Printer, Esq.
HOLC, 320 First St., NW
Federal Bureau of Prisons
Washington, D.C. 20534

Michael A. Gordon, Esq.
Holmes & Gordon
17 West Jefferson Street, Suite 202
Rockville, MD 20650

Orest J. Jowyk