IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| DISMAS CHARITIES, INC. | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-825 |
| v. | ) | Judge Margolis |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

MOTION UNOPPOSED TO INTERVENE

Pursuant to Court of Federal Claims Rules 24, Bannum, Inc. ("Bannum") respectfully moves for leave to intervene in this case as a matter of right. Bannum is the awardee of the contract award under protest by Plaintiff, Dismas Charities, Inc. and thus, is an interested party. Bannum has a substantial, direct and immediate economic interest in the defense of its award by the Federal Bureau of Prisons and in protecting its proprietary and confidential information during the course of the litigation. Neither Plaintiff nor Defendant have objected to this motion. For these reasons, Bannum respectfully requests that the Court grant this motion.

Respectfully submitted,

__________________

Michael A. Gordon
s/ Michael A. Gordon
Counsel of Record for Bannum, Inc.
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)

OF COUNSEL:
Fran Baskin, Esquire
HOLMES & GORDON

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| DISMAS CHARITIES INC. | ) | |
| Plaintiff, | ) | No. 06-825C |
| | ) | |
| v. | ) | Judge Margolis |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

ORDER

HAVING CONSIDERED Bannum Inc.'s Unopposed Motion to Intervene;

This Court hereby ORDERS this day, December ___, 2006 that Plaintiff's Motion is GRANTED.

______________________________________

Lawrence S. Margolis
Judge, U.S. Court of Federal Claims

Date: December ___, 2006