# In the United States Court of Federal Claims

| | |
|---|---|
| DISMAS CHARITIES, INC., Plaintiff, | |
| v. | No. 06-825C |
| THE UNITED STATES, Defendant, | (Filed: December 13, 2006) |
| and | |
| BANNUM, INC., Defendant-Intervenor. | |

## ORDER

Bannum, Inc.'s Unopposed Motion to Intervene, filed December 5, 2006, is hereby **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims