# In the United States Court of Federal Claims

| | |
|---|---|
| DISMAS CHARITIES, INC., | |
| Plaintiff, | |
| v. | No. 06-825C |
| THE UNITED STATES, | (Filed: December 13, 2006) |
| Defendant, | |
| and | |
| BANNUM, INC., | |
| Defendant-Intervenor. | |

## ORDER

The parties have leave to file their pleadings under seal in the above case and shall do so electronically.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims