# In the United States Court of Federal Claims

| | |
|---|---|
| DISMAS CHARITIES, INC., Plaintiff, v. THE UNITED STATES, Defendant, and BANNUM, INC., Defendant-Intervenor. | No. 06-825C (Filed: December 13, 2006) |

**ORDER**

Defendant's motion, filed December 13, 2006, for leave to file the administrative record on CD-Rom is **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims