# In the United States Court of Federal Claims

| | |
|---|---|
| DISMAS CHARITIES, INC., Plaintiff, | |
| v. | No. 06-825C |
| THE UNITED STATES, Defendant, | (Filed: December 14, 2006) |
| and | |
| BANNUM, INC., Defendant-Intervenor. | |

**SCHEDULING ORDER**

On December 6, 2006, the Court held an initial telephonic status conference to discuss proceedings in this bid protest case. Participating in the conference were Alex D. Tomaszczuk, on behalf of plaintiff, Kenneth S. Kessler, on behalf of defendant, and Michael A. Gordon, on behalf of defendant-intervenor. Pursuant to that conference, the Court adopted the following schedule for the resolution of plaintiff's bid protest action:

| | |
|---|---|
| December 12, 2006 | Defendant files the Administrative Record. |
| December 14, 2006 | Plaintiff files its Motion to Supplement the Administrative Record. |
| December 15, 2006 | Defendant-Intervenor files its Motion to Dismiss for Lack of Standing. |
| December 22, 2006 | Plaintiff files its Motion for Judgment on the Administrative Record. |
| January 3, 2007 | Plaintiff files its Response to Defendant-Intervenor's Motion to Dismiss for Lack of Standing. |

| | |
|---|---|
| January 5, 2007 | Defendant files its Cross Motion for Judgment on the Administrative Record and its Response to Plaintiff's Motion for Judgment on the Administrative Record. |
| January 9, 2007 | Defendant-Intervenor files its Reply to Plaintiff's Response to the Motion to Dismiss for Lack of Standing. |
| January 11, 2007 | A hearing in court on Defendant-Intervenor's Motion for Lack of Standing is set for Thursday, January 11, 2007, at 3:00 p.m. The courtroom shall be noted on the court calendar posted on the directory in the first floor lobby. |
| January 12, 2007 | Plaintiff files its Response to Defendant's Cross Motion for Judgment on the Administrative Record and its Reply in Support of its Motion for Judgment on the Administrative Record. |
| January 18, 2007 | A hearing in court on the Parties' Cross Motions for Judgment on the Administrative Record is set for Thursday, January 18, 2007, at 2:00 p.m. The courtroom shall be noted on the court calendar posted on the directory in the first floor lobby. |

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims