# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DISMAS CHARITIES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

BANNUM, INC.,

Defendant-Intervenor.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 06-825C

(Filed: December 20, 2006)

**ORDER**

Having considered the recent filings in this case, the Court hereby **STAYS** the following motions until the Court decides Defendant-Intervenor's motion to dismiss for lack of standing based on the administrative record, filed December 15, 2006:

Plaintiff's motion for leave to direct the defendant to supplement the administrative record, filed December 14, 2006.

The parties' cross motions for judgment on the administrative record, not yet filed.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims