**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DISMAS CHARITIES, INC., | ) | |
| Plaintiff, | ) | No. 06-825C |
| | ) | Bid Protest |
| v. | ) | (Judge Margolis) |
| THE UNITED STATES, | ) | |
| Defendant, and | ) | |
| BANNUM, INC. | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF TIME TO FILE DEFENDANT'S REPLY BRIEF**

Defendant, United States, respectfully requests an enlargement of time of 1 calendar day, to and including January 10, 2007, within which to file our reply brief. A reply brief was due on January 9, 2007.[1] This is our first request for an enlargement of time. Counsel for plaintiff, Alex Tomaszcuk, and defendant-intervenor, Michael Gordon, informed the undersigned counsel on January 9, 2007, that they do not oppose this request for an enlargement of time.

The reason for this request is to permit the Government additional time to formulate its response. The undersigned Government counsel was unable to conclude its discussions with the affected agency concerning the facts and allegations of this motion until January 8, 2007. Further, the undersigned Government counsel has been unexpectedly unavailable for parts of January 8, 2007, and January 9, 2007, due to a family-related illness.

---

[1] The Court's scheduling order in this case does not establish a due date for the Government to submit a reply brief on its motion to dismiss, and pursuant to the docket sheet, the Government's reply is not due until January 17, 2007. However, because the scheduling order directs the defendant-intervenor to submit its reply by January 9, 2007, and the Court has scheduled oral argument on that motion for January 11, 2007, the Government is submitting this motion to ensure that its reply is deemed timely filed.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time, to and including January 10, 2007, in which to file our reply brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Kenneth Kessler
KENNETH KESSLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

Dated: January 10, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 10th day of January, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kenneth Kessler