# In the United States Court of Federal Claims

**No. 06-825 C**

**DISMAS CHARITIES, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**BANNUM, INC.,**
**Defendant-Intervenor.**

Pursuant to the court's Opinion, filed January 18, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

**January 18, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.