# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DISMAS CHARITIES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

BANNUM, INC.,

Defendant-Intervenor.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 06-825C

(Filed: March 22, 2007)

**ORDER**

Defendant-Intervenor Bannum, Inc.'s motion, filed March 19, 2007, to correct filings submitted in this case and replace "Agreed to Public Copies," Docket Entry Nos. 37 and 38, is **GRANTED.**

**It is hereby ORDERED:**

1. The Clerk's Office is directed to seal Docket Entry Nos. 37 and 38.

2. Defendant-Intervenor Bannum, Inc. is directed to file the replacement documents for Docket Entry Nos. 37 and 38.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims