# In the United States Court of Federal Claims

| | |
|---|---|
| DISMAS CHARITIES, INC., Plaintiff, | |
| v. | No. 06-825C |
| THE UNITED STATES, Defendant, | (Filed: March 22, 2007) |
| and | |
| BANNUM, INC., Defendant-Intervenor. | |

## ORDER

Plaintiff's motion, filed March 20, 2007, to seal Agreed-Upon Redacted "Adobe Acrobat" documents, Docket Entry Nos. 12, 13, and 14, directly converted from "Word" and motion for leave to replace these documents with "Adobe Acrobat" documents not directly converted from "Word" in the above-case is **GRANTED.**

**It is hereby ORDERED:**

1. The Clerk's Office is directed to seal Docket Entry Nos. 12, 13, and 14.

2. Plaintiff is directed to file the replacement documents for Docket Entry Nos. 12, 13, and 14.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims