**Protected Information to be Disclosed Only in Accordance with the U.S. Federal Court of Claims Protective Order**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| DISMAS CHARITIES, INC. | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-825 |
| v. | ) | Judge Margolis |
| | ) | **FILED UNDER SEAL** |
| THE UNITED STATES, | ) | |
| Defendant, and | ) | |
| | ) | |
| BANNUM, INC., Defendant-Intervenor | ) | |

BANNUM'S SUBMISSION OF CORRECTED FILINGS

Pursuant to the Court's Order dated March 22, 2007, Plaintiff, Bannum, Inc. ("Bannum") hereby submits the "Agreed to Public Copies," attached hereto, which are to replace the pleadings in Docket No. 37, Bannum's Motion to Dismiss, and No. 38, Bannum's Reply Brief, which are currently sealed.

Respectfully submitted,

Michael A. Gordon
s/ Michael A. Gordon
Counsel of Record for Bannum, Inc.
HOLMES & GORDON
17 West Jefferson Street, Suite 202
Rockville, Maryland 20850
(301) 340-1251 (telephone)
(301) 340-1253 (facsimile)