**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DISMAS CHARITIES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | AGREED-UPON REDACTED COPY – MAY BE MADE PUBLIC<br><br>**Filed Under Seal**<br>No. ____________<br><br>BID PROTEST |

**PLAINTIFF DISMAS CHARITIES, INC.'S MOTION FOR A PRELIMINARY INJUNCTION AGAINST UNLAWFUL AWARD OF CONTRACT**

Dismas Charities, Inc. ("Dismas"), by its undersigned counsel, hereby moves the Court, pursuant to RCFC 65(a), to preliminarily enjoin Defendant, its officers, employees, and agents from permitting awardee Bannum, Inc. ("Bannum"), with its principal place of business in New Port Richey, Florida, to proceed, during the pendency of this bid protest case, with performance of Contract No. DJB200811 (the "Contract"), awarded under Request for Proposals No. 200-0861-SC ("RFP" or the "Solicitation") by the Department of Justice ("DOJ") Federal Bureau of Prisons ("BOP").

The grounds for the requested preliminary injunction are set forth in the accompanying memorandum and exhibits. For the reasons set forth in this motion and the accompanying memorandum and exhibits, Dismas respectfully requests that this Court enjoin BOP from further performance of the Contract with Bannum.

Dated: December 4, 2006

Respectfully submitted,

Alex D. Tomaszczuk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102
Tel: (703) 770-7940
Fax: (703) 770-7901

*Counsel of Record for Plaintiff*
*Dismas Charities, Inc.*

*Of Counsel:*

Daniel S. Herzfeld
Orest J. Jowyk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102
Tel: (703) 770-7900